### Charles Harris vs. John Ensign.

An agreement in writing, extended by parol between the parties, as to the settlement of the cause, is conclusive against the defendant, on motion for judgment as in case of non suit; where the conditions of the agreement is deemed not to be fulfilled by defendant before the circuit.

*Motion by defendant for judgment, as in case of nonsuit, on the ground that the plaintiff did not notice the cause at the last January Essex circuit.*—It appears on the part of the plaintiff, that a stipulation in writing was entered into between plaintiff and defendant, in January, 1844; that this cause should go over the (then January) circuit, and that it should not be brought to trial until one Phelps and Spencer, should ascertain the amount of damages, which plaintiff claimed from defendant on account of cutting and carrying away certain trees belonging to plaintiff, for which this action was brought; which amount of damages was ascertained in May, 1844, and reported to both parties who were then present. And at this time defendant expressly agreed to pay the sum so reported due to the plaintiff, and the plaintiff's costs also. And further that this suit should remain as it then was, and no further costs should be made therein, until defendant should have time to pay, and should pay the sum so reported due to the plaintiff; under the agreement plaintiff did not notice the cause for trial at the last January circuit.

O. Allen, *Defts Counsel.*      Havens & Tarbell, *Defts Attys.*

O. Clark, *Plff's Counsel.*      Clark & Milliman, *Plff's Atty.*

Beardsley, Justice.—Held, that the agreement made by defendant with the plaintiff, was binding, and denied the motion with costs.